# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. Dimani Newby, Crim. No. 19-123**

## PETITION FOR WRIT OF HABEAS CORPUS

1. DIMANI NEWBY, DOB 10/13/1992, is now confined to <u>Westchester County Jail</u> in <u>Valhalla, New York</u>.

2. DIMANI NEWBY, DOB 10/13/1992 will be required at the United States District Court in **Newark, New Jersey** for a **Sentencing Hearing** before the **Honorable Susan D. Wigenton**, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 23, 2019
Newark, NJ

_____
Elaine K. Lou, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 24, 2019

_____
Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of <u>Westchester County Jail</u>
WE COMMAND YOU that you have the body of

DIMANI NEWBY, DOB 10/13/1992

now confined at the <u>Westchester County Jail</u>, brought to the <u>United States District Court</u> in Newark, New Jersey, on <u>July 24, 2019</u>, at <u>11:00 a.m.</u>, for a <u>Sentencing Hearing</u> before the <u>Honorable Susan D. Wigenton</u>.

WITNESS the <u>Honorable Susan D. Wigenton</u>
United States District Judge
Newark, New Jersey

DATED: 5/24/19

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Carmen R. Soto_
Deputy Clerk